## DEASEY MAHONEY VALENTINI NORTH LTD

FRANCIS J. DEASEY
HARRY G. MAHONEY
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL‡
CARLA P. MARESCA†
JOHN P. MORGENSTERN†

WARD A. RIVERS‡
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI‡
THOMAS C. GALLAGHER‡
ANDREW B. ADAIR
SHERYL L. BROWN†
MATTHEW J. JUNK‡
ATHENA O. PAPPAS‡
KEVIN M. DURKAN‡
RUFUS A. JENNINGS⁰
PETER R. KULP†
KATHERINE J. SULLIVAN†
CHRISTINE D. STEERE‡
STACEYANN M. SAUNDERS‡
MILES P. DUMACK
MEGHAN F. HENRY†
DAMARIS L. GARCIA
MAY MON POST

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6362

MEDIA OFFICE
SUITE 101
103 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FACSIMILE: 610-892-2926

OF COUNSEL:

FRANK C. BENDER
MICHAEL P. RAUSCH†
WILLIAM A. RUBERT†

† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
⁰ ALSO MEMBER NY BAR

SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: JPMORGENSTERN@DMVNLAW.COM
VOICE-MAIL EXTENSION #150

DIRECT EMAIL: CCNEGRETE@DMVNLAW.COM
VOICE-MAIL EXTENSION #130

June 13, 2012

**VIA FACSIMILE**

The Honorable Jan E. DuBois
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
12613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE: ANNE E. FIALKOWSKI V. DAVID PERRY, ET AL.
           CIVIL ACTION NO. 11-CV-5139
           OUR FILE NO. 701.24200

Dear Judge DuBois:

      In accordance with Your Honor's correspondence dated June 11, 2012, this letter represents the parties' joint report with regard to their attempts to resolve the discovery dispute raised in my correspondence dated June 8, 2012. This afternoon, the parties conducted a conference call in an attempt to resolve their dispute. Despite this discussion, the parties have been unable to resolve the dispute. Therefore, the parties jointly request Your Honor's assistance in resolving this dispute. Per Your Honor's request, Mr. McComb will submit a letter brief on June 15, 2012.

      Additionally, the deadline for the Defendants to submit their expert reports is this Friday, June 15, 2012. As such, the Defendants request an immediate suspension of their expert report deadline pending resolution of this expert discovery dispute. Depending upon Your Honor's ultimate decision regarding this issue, Defendants hereby request that their expert reports be due either:

           (1)    one-week from the date that the Court requires Plaintiff to produce the disputed documents to the Defendants; or

The Honorable Jan E. DuBois
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
June 13, 2012
Page 2

       (2)    one-week from the date that the Court rules that the disputed documents are not subject to disclosure.

Mr. McComb has no objection to Defendants' request. Additionally, Defendants are amenable to an extension of the current deadline for the completion of expert depositions by the same amount of time involved in postponing Defendants' expert deadline, to ensure that Plaintiff will not be prejudiced by this modest extension of time. The other deadlines set forth in the Court's original Scheduling Order will remain unaffected.

Thank you for your kind assistance with this matter.

    Respectfully submitted,

    DEASEY, MAHONEY, VALENTINI & NORTH, LTD.

    BY: _____
        JOHN P. MORGENSTERN, ESQUIRE
        CHRISTOPHER C. NEGRETE, ESQUIRE

cc:    David F. McComb, Esquire (via email)
        Craig E. Ziegler, Esquire (via email)
        Jeffrey R. Lerman, Esquire (via email)